UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 12-441-MWF**                                        Dated: August 5, 2013

================================================================

PRESENT:  HONORABLE  MICHAEL W. FITZGERALD, U. S. DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams | Brandon Fox |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)  Gary Edward Kovall (Waiver-Bond)         1)  Edward M. Robinson, Retained
2)  David Alan Heslop (Present on Bond)      2)  Brian Hennigan/Allison Plessman,
                                                  Retained
3)  Paul Phillip Bardos (Present on Bond)    3)  Ellen Barry s/a Edward Robinson
4)  Peggy Anne Shambaugh (Waiver-Bond)       4)  Matthew Horeczo, Retained

_____

**PROCEEDINGS:**       **THIRD-PARTY TWENTY-NINE PALMS BAND OF MISSION INDIANS MOTION TO QUASH SUBPOENAS ISSUED BT DEFENDANT HESLOP [125]**

The case is called and counsel state their appearance.  Also present is Rebecca Roberts, counsel for Third-Party Twenty-Nine Palms Band of Mission Indians.

For the reasons stated on the record, the Motion Hearing [125] is denied.  As to the Requests for additional inquiry as to de novo review that have arisen out of the Motion to Quash by the Defendants, not the Tribe, the Court rules against this.  Due to the protective order, further production of material with the redactions removed should be presented to the tribe.  If there's a continuing disagreement, bring it to the Court's attention.

Initials of Deputy Clerk __rs__
:12 min