ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. State Bar No. 290409)
Assistant United States Attorney
Deputy Chief, Public Corruption and Civil Rights Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0284
    Facsimile: (213) 894-0141
    Email: Brandon.Fox@usdoj.gov

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-441-MWF |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT** |
| vs. | |
| GARY EDWARD KOVALL, DAVID ALAN HESLOP PAUL PHILLIP BARDOS, and PEGGY ANNE SHAMBAUGH, | CURRENT TRIAL DATE: September 24, 2013 |
| Defendants. | NEW TRIAL DATE: February 25, 2014 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on **August 15, 2013**. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

2835215

1 | The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel for Heslop the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

GOOD CAUSE THEREFOR HAVING BEEN SHOWN, THE COURT HEREBY MAKES THE FOLLOWING ORDERS AND FINDINGS:

1. The trial in this matter is continued from September 24, 2013 to February 25, 2014.

2. The time period of September 24, 2013 to February 25, 2014, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(I), and (B)(iv).

3. Defendants shall appear in Courtroom 1600 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on February 25, 2014, at 8:30 a.m. without further order of the Court.

6. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 16, 2013
DATE

THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

Respectfully presented by:
BRANDON D. FOX
Assistant United States Attorney

2835215