ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRANDON D. FOX (Cal. Bar No. 290409)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
MEGHAN A. BLANCO (Cal Bar. No. 238171)
Public Corruption & Civil Rights Section
1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0284/2253
    Facsimile:  (213) 894-6436
    E-mail:     Brandon.Fox@usdoj.gov
            Meghan.Blanco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-441A-MFW |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COUNTS FROM THE FIRST SUPERSEDING INDICTMENT |
| v. | |
| GARY KOVALL, et al., | |
| Defendants. | |

In the interests of justice, the government hereby moves to dismiss Counts: 10, 11, 12, 13, 14, 15, 16, 17, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, and 52, and Forfeiture

///

///

///

///

Allegation III from the First Superseding Indictment without prejudice.

Dated: January 23, 2014        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


        /s/
BRANDON D. FOX
MEGHAN A. BLANCO
Assistant United States Attorneys
Public Corruption & Civil Rights Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA